UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-cr-00031-SEB-VTW |
| | ) | |
| CHRISTOPHER BRIAN FRIELDS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Van T Willis' Report and Recommendation that Christopher Brian Freilds' supervised release be modified, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders Mr. Frields' conditions of supervised release be modified to include the following additional conditions:

(a) The defendant shall submit to location monitoring (GPS) for a period of 6 months, to commence as soon as practical, and shall abide by all the program requirements and instructions provided. The defendant shall pay all or part of the costs of participation in the program, in accordance with his ability to pay, as determined by the Probation Office.

(b) The defendant shall also be subject to a curfew. The defendant is restricted to his residence every day from 9:00 PM to 6:00 AM.

The mandatory conditions of supervision which were previously imposed on the defendant, shall remain in effect, with the addition of the two (2) new conditions outlined above.

**SO ORDERED.**

Date: 01/16/2020

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service